# Notice Recipients

| District/Off: 0971–1 | User: admin | Date Created: 3/2/2023 |
|---|---|---|
| Case: 23–10092 | Form ID: 309I | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ordell Elizabeth Moon | 1905 Bristol St.     Petaluma, CA 94954 |
| ust | Office of the U.S. Trustee / SR | Office of the United States Trustee     Phillip J. Burton Federal Building     450 Golden Gate Ave. 5th Fl., #05–0153     San Francisco, CA 94102 |
| tr | David Burchard | P.O. Box 8059     Foster City, CA 94404 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC     P.O. Box 41021     Norfolk, VA 23541 |
| smg | CA Franchise Tax Board | Bankruptcy Group     P.O. Box 2952     Sacramento, CA 95812–2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001 |
| 15478345 | Trustee Corps | 17100 Gillette Ave.     Irvine,CA 92614 |

TOTAL: 7