# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 03/01/2023 |
| Case: 23−10092 | Form ID: 13PP23 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ordell Elizabeth Moon      1905 Bristol St.      Petaluma, CA 94954

TOTAL: 1