UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE:                                                             CASE NO.: 23-10092
                                                                                                                          CHAPTER 13

**Ordell Elizabeth Moon,**
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, As Indenture Trustee Under The Indenture Relating To IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

                                                     Robertson, Anschutz, Schneid & Crane LLP
                                                     Authorized Agent for Secured Creditor
                                                     350 10th Avenue, Suite 1000
                                                     San Diego, CA 92101
                                                     Telephone: 470-321-7112

                                                     By: /s/Theron S. Covey
                                                           Theron S. Covey
                                                           Email: tcovey@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ORDELL ELIZABETH MOON
1905 BRISTOL ST.
PETALUMA, CA 94954

And via electronic mail to:

DAVID BURCHARD
P.O. BOX 8059
FOSTER CITY, CA 94404

OFFICE OF THE U.S. TRUSTEE / SR
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

By: /s/ Brianna Carr