1  Christina J. Khil, #266845
2  MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive
   Irvine, California 92612
4  Phone: (949) 252-9400
   Fax: (949) 252-1032
5  E-mail: christinao@mclaw.org

6  Attorney for Cenlar FSB as servicer for Citibank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-10092 |
| Ordell Elizabeth Moon | Chapter 13 |
| Debtor(s). | **REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that MALCOLM ♦ CISNEROS, a Law Corporation attorney for Cenlar FSB as servicer for Citibank, N.A. ("Citibank") requests pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be additionally served upon the undersigned as follows:

  MALCOLM ♦ CISNEROS, A Law Corporation
  2112 Business Center Drive
  Irvine, California 92612

///
///
///
///

This Request for Notice or any other appearance or filings does not constitute a waiver of Citibank's right to notice pursuant to applicable Federal Rules.

DATED: March 9, 2023

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Christina J. Khil*

Christina J. Khil #266845
Attorney for Cenlar FSB as servicer for Citibank, N.A.

```
 1  Christina J. Khil, #266845
    Malcolm ♦ Cisneros, A Law Corporation
 2  2112 Business Center Drive
 3  Irvine, California 92612
    (Telephone) (949)252-9400
 4  (Facsimile) (949)252-1032
 5  Email: christinao@mclaw.org

 6  Attorneys for Cenlar FSB as servicer for Citibank, N.A.
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-10092 |
| Ordell Elizabeth Moon | Chapter 13 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I, Diep Quach, declare:

1. I am employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Irvine, California 92612. I have firsthand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2. On March 9, 2023, I served the following document described

**REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

1

Case: 23-10092    Doc# 13    Filed: 03/09/23    Entered: 03/09/23 14:39:58    Page 3 of 4

**DEBTOR**:
**Ordell Elizabeth Moon**
1905 Bristol St.
Petaluma, CA 94956

**ATTORNEY FOR DEBTOR**
**Pro Se**

**TRUSTEE**
**David Burchard**
P.O. Box 8059
Foster City, CA 94404

**OFFICE OF THE U.S. TRUSTEE:**
Office of the U.S. Trustee/SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

      I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2023, at Irvine, California.

*/s/ Diep Quach*
Diep Quach