Christina J. Khil #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

**Attorney for Secured Creditor,**

**Citibank, N.A.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ( SANTA ROSA )

| | |
|---|---|
| In re | Bankruptcy Case No. 23-10092 |
| Ordell Elizabeth Moon, | Chapter 13 |
| Debtor. | **NOTICE OF ERRATA RE: NOTICE OF MORTGAGE PAYMENT CHANGE** |

**TO THE HONORABLE JUDGE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE, THE DEBTOR, AND TO THE DEBTOR'S COUNSEL:**

The Citibank, N.A. hereby files this Notice of Errata RE: Notice of Mortgage Payment Change ("Notice") filed March 24, 2023 as docket entry 17 in the above entitled case. The Notice inadvertently referenced an incorrect effective date of the change as April 13, 2023, the correct effective date is April 15, 2023.

The "new mortgage payment" amount of $2,395.38 is correct as provided in the Notice, however, the Notice referenced an incorrect "current mortgage payment amount" or the prior

///

///

1

Case: 23-10092  Doc# 19  Filed: 04/18/23  Entered: 04/18/23 13:12:42  Page 1 of 3

month's payment amount of $1,244.06, the correct "current payment amount" is $2,557.47, as referenced in the Proof of Claim 1-1 filed on April 4, 2023.

Dated: April 18, 2023

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: */s/ Christina J. Khil,*

Christina J. Khil
Attorneys for Secured Creditor, Citibank, N.A.

# PROOF OF SERVICE

I hereby certify that on April 18, 2023, I have served a copy of the foregoing Notice of Errata RE: Notice of Mortgage Payment Change and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

**DEBTOR'S ATTORNEY**
Pro Se

**CHAPTER 13 TRUSTEE**
David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

**Date:** April 18, 2023

*/s/ Diep Quach*
Diep Quach, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)
dquach@mclaw.org