Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>ORDELL ELIZABETH MOON<br><br>Petitioner/Debtor.<br>_____/ | Case No.23-10092 DM 13<br>(Chapter 13)<br>Application for Notice of Appearance of<br>Next Friend Under Power of Attorney |

COMES NOW DONALD SHANNON pursuant to **Haines v. Kerner**, 404 U.S. 519 (1972) by notice of appearance pursuant to Power of Attorney (hereinafter "**POA**") as Authorized Representative (hereinafter "**AR**") on and in behalf of ORDELL ELIZABETH MOON, the Debtor in the instant matter to serve notice upon the Honorable Court, the U.S. Trustee and Chapter 13 Trustee of the necessity of the instant appearance in behalf of the Debtor because Debtor has been medically determined to be incompetent/legally incapacitated as reflected in said **POA** duly executed on   March 8, 2008  and a copy of same currently filed of record in this matter.

1.     Please be advised that I am filing this instrument at the insistence of the Chapter 13 Trustee who advised me that the court will not consider the Power of Attorney unless the next friend notice is filed.

2.     Please be advised that I am familiar with the Estate of the Debtor and have been appointed to manage Debtor's Estate by operation of law as detailed in said **POA.**

3.     Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on February 28, 2023, prior to the date hereof.

4.     Debtor is an elderly disabled lady and the **AR** has the task of putting together all the required documents for this instant petition.

5.  A copy of the **POA** of the **AR** has previously been filed of record for the court's consideration without any objection.

    WHEREFORE, Debtor prays that the Honorable Court recognize the Next Friend Notice Application and that Debtor have such other and further relief as is just.

DATED: 20 April 2023        Respectfully Presented,

By: _____
Don Shannon poa: Ordell Elizabeth Moon