Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

In re  
ORDELL ELIZABETH MOON

Petitioner/Debtor.
_____/

Case No.23-10092 DM 13
(Chapter 13)

**Order Granting Acceptance of Next Friend Application by DON SHANNON under Power of Attorney for Debtor ORDELL ELIZABETH MOON**

    Upon the Notice of ORDELL ELIZABETH MOON, the above-named debtor, requesting the Next Friend Application for DON SHANNON under Power of Attorney be recognized and accepted to appear in behalf of Debtor and for other relief, it is:

    ORDERED that said Next Friend Application be, and hereby is, recognized and accepted by the court from the date of this order nunc pro tunc.

Dated: _____

                                                  _____
                                                 Bankruptcy Court Judge