Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re                                             Case No.23-10092 DM 13
ORDELL ELIZABETH MOON                             (Chapter 13)

Petitioner/Debtor.
_____/

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old and not a party to the within action.

On April 20th, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Application for Notice of Appearance of Next Friend Under Power of Attorney and other documents in the UNITED STATES BANKRUPTCY COURT, SAN FRANCISCO, CALIFORNIA to:

David Burchard
Office of U.S. Trustee
P.O. Box 8059
Foster City, CA 94404

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 4/20/2023          By: _____

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE
Page **4** of **4**