In re:                                                                                                   Case No. 23-10092-DM

Ordell Elizabeth Moon                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1                                    User: admin                                             Page 1 of 1

Date Rcvd: Apr 26, 2023                            Form ID: pdfeoc                                 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |
|  | + Donald Shannon, 420 Lakeville St., Petaluma, CA 94952-3133 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                             Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina J. Khil | on behalf of Creditor Cenlar FSB as Servicer for Citibank N.A. christinao@mclaw.org, CAND_ECF@mclaw.org |
| David Burchard | TESTECF@burchardtrustee.com dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 tcovey@raslg.com |

TOTAL: 4

Signed and Filed: April 26, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-10092-DM |
| ORDELL ELIZABETH MOON, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

**ORDER REGARDING APPLICATION FOR NOTICE OF APPEARANCE OF NEXT FRIEND UNDER POWER OF ATTORNEY**

On April 20, 2023, proposed Next Friend Donald Shannon filed the *Application for Notice of Appearance of Next Friend Under Power of Attorney* (Dkt. 20). The court notes that the copy of Power of Attorney filed by Mr. Shannon (Dkt. 14) is a Durable Power of Attorney and Nomination for Conservator for Lloyd H. Moon, and not Debtor Ordell Elizabeth Moon. Mr. Shannon is hereby ORDERED to file a copy of the document that grants him power of attorney on behalf Debtor no later than May 5, 2023.

*** END OF ORDER ***

-1-

COURT SERVICE LIST

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

Donald Shannon
420 Lakeville St.
Petaluma, CA 94952