United States Bankruptcy Court
Northern District of California

In re: Case No. 23-10092-DM
Ordell Elizabeth Moon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1      User: admin      Page 1 of 1
Date Rcvd: Apr 27, 2023      Form ID: NOFI      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina J. Khil | on behalf of Creditor Cenlar FSB as Servicer for Citibank N.A. christinao@mclaw.org, CAND_ECF@mclaw.org |
| David Burchard | TESTECF@burchardtrustee.com dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 tcovey@raslg.com |

TOTAL: 4

Form NOFI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Ordell Elizabeth Moon <br><br> Debtor(s) | Case No.: 23−10092 DM 13 <br> Chapter: 13 |

**NOTICE OF DEFICIENT FILING REGARDING OBSOLETE FORMS AND DISMISSAL OF CASE IN EVENT OF FAILURE TO CURE**

In the above−captioned case, obsolete and/or outdated forms were filed. The required form as indicated below must be filed to amend each document noted below.

- ☐ Voluntary Petition (Official Form 101)
- ☐ Summary of Schedules (Official Form 106Sum)
- ☐ Statistical Summary of Certain Liabilities (Official Form 106Sum)
- ☐ Declaration Concerning Debtor's Schedules (Official Form 106Dec)
- ☐ Schedule A − Real Property (Official Form 106A/B)
- ☐ Schedule B − Personal Property (Official Form 106A/B)
- ☐ Schedule C − Property Claimed as Exempt (Official Form 106C)
- ☐ Schedule D − Creditors Holding Secured Claims (Official Form 106D)
- ☐ Schedule E − Creditors Holding Unsecured Priority Claims (Official Form 106E/F)
- ☐ Schedule F − Creditors Holding Unsecured Nonpriority Claims (Official Form 106E/F)
- ☐ Schedule G − Executory Contracts and Unexpired Leases (Official Form 106G)
- ☐ Schedule H − Codebtors (Official Form 106H)
- ☐ Schedule I − Current Income of Individual Debtor (Official Form 106I)
- ☐ Schedule J − Current Expenditures of Individual Debtors (Official Form 106J)
- ☐ Schedule J − Current Expenditures of Individual Debtors (for Debtor 2 if separate household, Official Form 106J2)
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (for individual debtors chapter 11, Official Form 104)
- ☐ Statement of Financial Affairs (Official Form 107)
- ☒ District Approved Chapter 13 Plan Effective 1/1/2023, Version 3
- ☐ Other:

**NOTICE IS GIVEN** that unless, within 14 DAYS OF THE DATE OF THIS NOTICE, the required form is filed for each document noted above, the court MAY DISMISS this case without further notice or a hearing.

The debtor(s) may request an extension of time to file the required forms noted above, but must do so within 14 DAYS OF THE DATE OF THIS NOTICE. The request may be filed electronically, mailed, or delivered in person to the court at the address stated below, but it must be received by the court before the 14 days has expired. If an extension is granted and the documents are not filed before the extension expires, the case may be dismissed.

U.S. Bankruptcy Court
99 South "E" Street
Santa Rosa, CA 95404

Official Forms and District Approved Chapter 13 Plan are available at www.canb.uscourts.gov

Dated: 4/27/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court