Christina J. Khil, #266845
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax
Email: christinao@mclaw.org

Attorney for Citibank, N.A. by Cenlar FSB as
servicer

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-10092 |
| Ordell Elizabeth Moon, | Chapter 13 |
| Debtor. | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | **HEARING DATE:**<br>**DATE: TBD**<br>**TIME:**<br>**CTRM:**<br>**PLACE: Via Tele/Videoconference** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, AND THE DEBTOR:**

Citibank, N.A. by Cenlar FSB as servicer ("Citibank") is the holder of a secured claim recorded against property in which the Debtor claims an interest. Citibank is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan ("Plan").

Citibank is the holder of a claim secured only by a security interest in real property commonly known as 1905 Bristol Street, Petaluma, CA 94954 ("Property"), which is the Debtor's principal residence. The total amount due and owing under the Promissory Note is approximately $250,225.72, the pre-petition arrears is approximately $77,223.83 and the ongoing post-petition monthly mortgage payment is $2,557.47. Section 1322 of the U.S. Bankruptcy Code provides, in

OBJECTION TO PLAN                                        -1-

relevant part, as follows:

> (b)  Subject to subsections (a) and (c) of this section, the plan may--
>
> . . .
>
> (2) modify the rights of holders of secured claims, other than a claim secured only
>
> by a security interest in real property that is the debtor's principal residence
>
> . . .
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of
>
> any default within a reasonable time and maintenance of payments while the case
>
> is pending on any unsecured claim or secured claim on which the last payment is
>
> due after the date on which the final payment under the plan is due; . . .

Debtor's Plan fails to provide for Citibank's lien for account ending in XXXXX4136.  As such, Debtor's Plan fails to provide a cure for the pre-petition arrears owed to Citibank.  The total amount of pre-petition arrears due and owing to Citibank totals approximately $77,223.83.  Additionally, the Plan fails to provide for the ongoing post-petition monthly mortgage payments to be tendered to Citibank as well as clarification as to whether the Trustee shall disburse such payment or whether the Debtor shall make payments directly to Citibank.  Thus, Debtor's Plan fails to comply with § 1322(b)(2), § 1322(b)(5), and § 1325.  If it is the Debtor's intent to surrender the Property, Citibank requests the Debtor state such intent in the Plan.

Based on the foregoing, Citibank respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan or, in the alternative, order that the Chapter 13 Plan be amended to provide for Citibank's lien and post-petition monthly mortgage payments to be tendered to Citibank.

DATED: May 9, 2023

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

 */s/ Christina J. Khil*
Christina J. Khil,
Attorney for Citibank, N.A. by Cenlar FSB as servicer

OBJECTION TO PLAN                                     -2-

**PROOF OF SERVICE**

I am employed by the law firm of Malcolm & Cisneros in the county of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2112 Business Center Drive, 2nd Floor, Irvine, California 92612

On May 9, 2023, I caused to be served the document entitled**: OBJECTION TO PLAN**

on the following interested parties:

| | |
|---|---|
| **Debtor(s):**<br>**Ordell Elizabeth Moon**<br>**1905 Bristol St.**<br>**Petaluma, CA 94954** | **Debtor's Representative:**<br>**Donald Shannon**<br>**420 Lakeville St.**<br>**Petaluma,CA 94954** |
| **Trustee:**<br>**David Burchard**<br>**P.O. Box 8059**<br>**Foster City, CA 94404** | |

☒ (By Mail) I caused each envelope, with postage prepaid, to be placed in the United States Mail at Irvine, California

☐ (By Hand) I caused each envelope to be delivered by hand

☐ (By Overnight Courier) I caused each envelope, with postage prepaid, to be sent by Federal Express/Express Mail.

☐ (By Facsimile Transmission) I caused each document to be sent by automatic facsimile transmission to the following telephone numbers and confirmed by voice communication that the transmission was received:

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

Dated: May 9, 2023

*/s/ Diep Quach*
_____
Diep Quach