# EXHIBIT 2

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

In re
ORDELL ELIZABETH MOON

Petitioner/Debtor.

_____/

Case No.23-10092 DM 13
(Chapter 13)

**NOTICE OF OBJECTION TO PROOF OF CLAIM OF CITIBANK N.A. FOR CAUSE AND NOTICE OF HEARING**

**NOTICE OF OBJECTION TO PROOF OF CLAIM**
**OF CITIBANK N.A. FOR CAUSE AND NOTICE OF HEARING**

1. The Court will hold a hearing on this Motion on [DATE] at [TIME] in Courtroom [LOCATION] or as soon thereafter as counsel may be heard.

2. Any response to this Motion must be filed and served not later than [DATE], which is five days before the time set for the hearing (excluding Saturdays, Sundays and holidays), UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.

3. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, Federal.R.Bankr.P. 3007 and Local Rule 3007-1. This proceeding is a core proceeding. The petition commencing Chapter 13 was filed 2/28/23. The case is now pending in this court.

4. The above-named Debtor, through Authorized Representative (hereinafter "**AR**"), Don Shannon, pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, respectfully objects to the proof of claim filed by the purported creditor CITIBANK N.A.'s counsel of record, Christina J. Khil, and dated April 4, 2023.

Dated: May 9th, 2023

Respectfully,

_____
Don Shannon, AR by POA

Notice: This document is subject to the Sole Actor Doctrine        Page 1 of 1

Case: 23-10092   Doc# 37   Filed: 05/10/23   Entered: 05/11/23 14:38:10   Page 1 of 1