# EXHIBIT 1

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re
ORDELL ELIZABETH MOON

Petitioner/Debtor.

_____/

Case No.23-10092 DM 13
(Chapter 13)

**NOTICE OF OBJECTION TO CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY FOR CAUSE AND NOTICE OF HEARING**

### NOTICE OF OBJECTION TO CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY FOR CAUSE AND NOTICE OF HEARING

1. The Court will hold a hearing on this Motion on [DATE] at [TIME] in Courtroom [LOCATION] or as soon thereafter as counsel may be heard.

2. Any response to this Motion must be filed and served not later than [DATE], which is five days before the time set for the hearing (excluding Saturdays, Sundays and holidays), UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.

3. This Court has jurisdiction under 28 U.S.C. § § 157 and 1334, Federal.R.Bankr.P. 3007 and Local Rule 3007-1. This proceeding is a core proceeding. The petition commencing Chapter 13 was filed 2/28/23 . The case is now pending in this court.

4. The above-named Debtor, through Authorized Representative (hereinafter "**AR**"), Don Shannon, pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, respectfully objects any proof of claim filed by the purported creditor DEUTSCHE BANK NATIONAL TRUST COMPANY N.A.'s counsel of record, Theron S. Covey.

Dated: May ___9th___, 2023

Respectfully,

_____
Don Shannon, AR by POA