# Exhibit 3

Synchrony

Valeri Smith - purported loan payoff case BK 23-10092 Ordell Moon

Please send me a payoff statement for the purported loan for: Synchrony Bank (CareCredit - Last four digits of account: 2790 )
Thank you.
Sincerely,

Don Shannon POA

from: to: date: subject:

mailed- by:

Ordell Moon <ordellmoon80@gmail.com>

Claims_RMSC@pragroup.com

Apr 25, 2023, 1:58 PM

Valeri Smith- purported loan payoff case BK 23-10092 Ordell Moon

gmail.com