Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
ORDELL ELIZABETH MOON

Petitioner/Debtor.

Case No.23-10092 DM 13
(Chapter 13)
**FIRST AMENDED
NOTICE OF OBJECTION TO PROOF
OF CLAIM OF CITIBANK N.A. FOR
CAUSE AND NOTICE OF HEARING**

_____/

To the Honorable Judge Dennis Montali, Chapter 13 Trustee and alleged Creditor:

1. The Court will hold a hearing on this Objection on _____ at _____ in or as soon thereafter as counsel may be heard.

2. Any response to this Objection must be filed and served not later than _____, which is five days before the time set for the hearing (excluding Saturdays, Sundays and holidays), UNLESS A RESPONSE OPPOSING THE OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE OBJECTION WITHOUT HEARING.

3. The above-named Debtor believes this Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, FRBP 3007 and Local Rule 3007-1. This proceeding is a core proceeding. The petition commencing Chapter 13 was filed 2/28/2023. The case is now pending in this court.

4. The above-named Debtor, through Authorized Representative (hereinafter "**AR**"), Don Shannon, pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, respectfully objects to the Form 410 proof of claim filed by the purported creditor CITIBANK N.A.'s counsel of record, Christina J. Khil, and dated April 4, 2023.

Dated: May __15th__, 2023

Respectfully,

_____
Don Shannon, AR by POA

Ordell Elizabeth Moon