Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re
ORDELL ELIZABETH MOON

Petitioner/Debtor.

_____/

Case No. 23-10092 DM 13
(Chapter 13)

**NOTICE OF AFFIDAVIT OF IMPECUNIOSITY**

TO THE HONORABLE DENNIS MONTALI AND ALL PARTIES OF INTEREST:

COMES NOW the Debtor, Ordell Elizabeth Moon, through her Authorized Representative, Don Shannon (hereinafter "**AR**"), who relies upon *Haines v. Kerner*, 1972, 404 U.S. 519 in the above-captioned matter, **to give notice** of Affidavit of Impecuniosity duly executed by **AR** in behalf of Debtor in light of this honorable court's written ORDER TO PAY FILING FEE dated May 30, 2023.

Dated: June 5th, 2023

By: _____
Don Shannon

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In reCase No. 23-10092 DM 13
ORDELL ELIZABETH MOON(Chapter 13)

Petitioner/Debtor.Declaration of Service

_____/

I, declare as follows:

I am over the age of eighteen years old and not a party to the within action.

On June __5th__, A.D. 2023 I served by U.S. Mail a true copy of *Debtor's* **NOTICE OF AFFIDAVIT OF IMPECUNIOSITY and AFFIDAVIT OF IMPECUNIOSITY** in the UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA, CALIFORNIA to:

| | | |
|---|---|---|
| David Burchard<br>Office of U.S. Trustee<br>P.O. Box 8059<br>Foster City, CA 94404 | Christina J. Khil, counsel for<br>CITIBANK N.A.<br>2112 Business Center Drive, 2nd Fl,<br>Irvine, California 92612 | Fanny Zhang Wan, counsel for<br>DEUTSCHE BANK NATIONAL TRUST<br>350 10th Ave Suite 1000<br>San Diego, CA 92101 |

Dan Joyce
420 Lakeville St,
Petaluma, CA 94952

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 6/5/2023By: _____ POWER OF ATTORNEY FOR ORDELL E MOON

# AFFIDAVIT OF IMPECUNIOSITY
To be filed in Bankruptcy Case # 1:23-bk-10092

This affidavit is made not in conjunction with any statutory or administrative rules of procedure but is made as a matter of right under the common law.

I, Don Shannon, Affiant and Authorized Representative of and in behalf of Ordell Elizabeth Moon, do depose and say:

1. That your Affiant is executing this document in response to Judge Dennis Montali's ORDER TO PAY FILING FEE which failed to address Debtor's request for instructive relief regarding the specific medium of exchange required to satisfy the order of the court in light of the mandate of both federal and state laws which has left Debtor confused as follows.

2. That by virtue of the Injunction and requirement of Article I, Section 10, Paragraph 1, clause 1, of the Constitution of the United States as it relates to States and tender in payment of debts, the Coinage Acts of April 2, 1792, and February 28, 1878 and the International Monetary Acts of July 31, 1944 and that of the 73rd Congress, House Joint Resolution 192, dated June 5, 1933, later codified 31 U.S.C. 463, the government has attempted to reduce this natural born sovereign human to involuntary servitude in violation of the Constitution of the United States and the Bill of Rights, but apparently all American people.

3. That by virtue of said HJR 192, Congress effectively placed a Moratorium on payment of debt and obligations pursuant to the mandate of Article I Section 10, Paragraph 1, clause 1 supra, and by said Acts in collusion with executive decrees, attempting to force every Citizen into perpetual credit slavery, and precluded every Citizen from paying one's debts, for the simple reason that there is no Lawful money of the United States, identifiable as such, in general circulation in the United States today.

4. That it should be elementary to everyone that "tender for all debts" and "tender in payment of obligations" are two distinctly different propositions.

5. THAT the Consumer Price Index (CPI) identified in the Statistical Abstract promulgated by the Department of Commerce provides that the purchasing power of the Standard Currency Unit (SCU) in general circulation (federal reserve notes) has steadily decreased since 1967 as a direct result of Congress doing away with the gold backing from the SCU until in 1975 the purchasing power of SCUs has been reduced to approximately 35% and in 1986 the SCU purchasing power has been reduced to approximately 70% and in 1997 the SCU purchasing power has been reduced to nearly 0% until today the SCU is operating on a total "float" without any substantive foundation of intrinsic value to speak of in violation of Article I Section 8, Clause 5 mandate of a "**_fixed standard of weights and measures_**." In fact the principals of the Federal Reserve Bank in their publication "Modern Money Mechanics" openly admit that the SCUs are backed by the "confidence" that people have in them.

6. That your affiant is in receipt of a document from both the Judge and Clerk of the Bankruptcy Court concerning payment of filing fees for the court services Debtor has sought protection under.

7. That Your Affiant, and without waiving or abandoning the Bill of Rights or any of Your Affiant's objections to equitable jurisdictions, that with respect to "Standard Dollars Lawful Money," Your Affiant must declare to one and all, to the public at large, that I and Debtor are currently compelled into a state of impecuniosity and thus unable to pay debts at law by Act of Congress.

8. That if it is the intent of the court to compel Debtor to pay filing fees in a sum that is beyond the declared public policy of Congress pursuant to House Joint Resolution 192 or in a medium of exchange that is contrary to said declared policy of Congress, then Debtor will be unable to comply due to inability to perform by Act of Congress and thereby be deprived of a right to assert a remedy that is mandated under current federal public policy, as it is Your Affiant's sincerely held belief that Debtor cannot be compelled by this court to do that which is impossible.

9. That Your Affiant has no desire, nor intent to engage in counterfeiting the coin and currency of the United States of America by tendering payment in a medium of exchange that is hostile to and contrary to the federal injunction and requirement of Article I, Section 10, Paragraph 1, Clause 5 of the supreme Law of the land in spite of any urging, inducing or threatening by personnel of the United States Bankruptcy Court.

10. That said declaration is made in accordance with Your Affiant's sincerely held religious, moral, and conscientious beliefs, that Your Affiant cannot and will not accept or condone mere "Chose in Action", which is nothing more than paper "evidence of debt", as a lawful substitute for "Standard Dollars Lawful Money", notwithstanding the expediencies of certain mercantile interests.

Further Affiant Saith Naught

_[signature]_ 6/5/2023

Don Shannon, Affiant

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## Acknowledgement

State of: California

County of: Sonoma

On June 5th, 2023 before me, Timothy J Taylor Notary Public
     Date                                Name and Title of Officer

Personally appeared Don Shannon, Personally known to me -- OR - ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

2 of 2

TIMOTHY J. TAYLOR
Notary Public - California
Sonoma County
Commission # 2384817
My Comm. Expires Nov 30, 2025