NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Ordell Elizabeth Moon,<br><br>     Debtor.<br><br>Cenlar FSB as servicer for Citibank, N.A.,<br><br>     Creditor,<br>vs.<br><br>Ordell Elizabeth Moon, Debtor, and David Burchard, Trustee,<br><br>     Respondents. | Bankruptcy Case No. 23-10092<br><br>R.S. No.<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF CITIBANK N.A. FOR CAUSE**<br><br>**HEARING DATE:**<br>**DATE: July 12, 2023**<br>**TIME: 10:15 AM**<br>**CTRM: Zoom Webinar** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

  **PLEASE TAKE NOTICE** that Cenlar FSB as servicer for Citibank, N.A., ("Citibank"), sets for hearing Debtor's Objection to Proof of Claim of Citibank, N.A. For Cause in the above-entitled and numbered Chapter 13 case. The hearing will be heard before the Honorable Dennis Montali on <u>July 12</u> at <u>10:15 a.m.</u>, via Zoom Webinar.

  **NOTICE IS FURTHER GIVEN THAT** since the pending Objection to allowance of Claim #1-1 filed by Cenlar FSB servicer for Citibank, N.A. is based upon a factual dispute, in

Notice of Hearing                     1

accordance with Bankruptcy Local Rule 3007-1 "Where a factual dispute is involved, the initial hearing on an objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing."

```
All interested parties should consult the Bankruptcy Court's website
at www.canb.uscourts.gov for information about court operations during
the COVID-19 pandemic. The Bankruptcy Court's website provides
information regarding how to arrange a telephonic or video appearance.
If you have any questions regarding how to appear at a court hearing,
you may contact the Bankruptcy Court by calling 888-821-7606 or by
using the Live Chat feature on the Bankruptcy Court's website.
```

Dated:   Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ Nathan F. Smith
Nathan F. Smith
Attorney for Cenlar FSB servicer for Citibank, N.A.

# PROOF OF SERVICE

I hereby certify that on June 8, 2023, I have served a copy of the foregoing Notice of Hearing and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

**DEBTOR'S ATTORNEY**
Pro Se

**CHAPTER 13 TRUSTEE**
David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

**Date:** June 8, 2023

*/s/ Diep Quach*
Diep Quach, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)
dquach@mclaw.org