United States Bankruptcy Court

Northern District of California

In re:  
Ordell Elizabeth Moon  
    Debtor

Case No. 23-10092-DM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0971-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 07, 2023      Form ID: pdfeoc      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |
| intp | + Don Shannon, 420 Lakeville St., Petaluma, CA 94952-3133 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina J. Khil | on behalf of Creditor Cenlar FSB as Servicer for Citibank N.A. christinao@mclaw.org, CAND_ECF@mclaw.org |
| David Burchard | TESTECF@burchardtrustee.com dburchard13@ecf.epiqsystems.com |
| Fanny Zhang Wan | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 fwan@raslg.com, thewanfirm@gmail.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 tcovey@raslg.com |

Case: 23-10092　　Doc# 59　　Filed: 06/09/23　　Entered: 06/09/23 21:16:26　　Page 2 of 4

Signed and Filed: June 7, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-10092 |
| ORDELL ELIZABETH MOON, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

### ORDER REGARDING OUTSTANDING FEE

IT IS HEREBY ORDERED that the $32.00 fee referred to in the *Order to Pay Filing Fee* (Dkt. 32) must be paid no later than June 12, 2023, or this case will be dismissed without further notice.

The fee may be paid online using a debit card, PayPal, or ACH (Bank Account Transfer) via Pay.gov. Payments may also be in the form of a cashier's check or money order made payable to Clerk of U.S. Bankruptcy Court. Personal checks and cash are not accepted. Please include the Debtor's full name and bankruptcy case number with all payments.

*** END OF ORDER ***

COURT SERVICE LIST

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

Donald Shannon
420 Lakeville St.
Petaluma, CA 94952

-2-