Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re                                    Case No.23-10092 DM 13
ORDELL ELIZABETH MOON                    (Chapter 13)

Petitioner/Debtor.                       **COURTESY NOTICE OF ERROR AND REQUEST CORRECTION OF INTENT/PURPOSE OF JULY 12, 2023 HEARING**

_____/

TO THE HONORABLE DENNIS MONTALI AND ALL PARTIES OF INTEREST:

COMES NOW the Debtor, Ordell Elizabeth Moon, through her Authorized Representative, Don Shannon (hereinafter "**AR**"), who relies upon *Haines v. Kerner*, 1972, 404 U.S. 519 in the above-captioned matter**, to give notice** that Debtor, pursuant to **Haines v. Kerner**, hereby serves this courtesy notice that the scheduled July 12, 2023 hearing set by **Nathan Frederick Jones Smith #264635** opposing counsel's Notice of Hearing on Debtor's Objection To Proof Of Claim Of Citibank N.A. For Cause And Notice Of Hearing is misleading for the following reasons:

**STATEMENT OF FACTS**

1. That A First Amended Notice Of Objection To Proof Of Claim Of Citibank N.A. For Cause And Notice Of Hearing was duly filed by Debtor (Docket File # 43) on May 15th, 2023 in the United States Bankruptcy Court for the Northern District of California, in Santa Rosa, California.

2. That Citibank N.A. through counsel has not filed any opposing pleading challenging the allegations of Debtor's First Amended objection.

3. That Nathan Frederick Jones Smith, the new Opposing counsel's characterization of Debtor's objection being a **<u>fact only</u>** issue appears to be disingenuous given the fact that various issues of law were raised in First Amended objection as well as issues of fact.

4. That the current opposing counsel Nathan Frederick Jones Smith is new to the case as the original opposing counsel Ms. **Christina J Khil #266845**, has gone missing after filing the original request for notification and filing the **Form 410 Proof of Claim** with attached documents supporting said proof of claim.

5. That it is the **HELOC** identified in Debtor's First Amended Objection, the very supporting document for Citibank N.A.'s Form 410 Proof of Claim that Debtor believes impeaches Citibank's claim of creditor status which thus established the basis for Debtor's objection.

6. That in good faith Debtor through **AR** on April 28, 2023 served by certified mail # 70222410000231060239 and by email upon Ms. Christina J Khil #266845 a courtesy letter outlining in detail the apparent impeachable evidence she filed of record in the instant bankruptcy case in support of the Form 410 Proof of Claim. Debtor has not heard from Ms. Khil, who apparently has not seen fit to respond to Debtor's good faith effort.

7. That in further good faith in light of Business and Profession Code § 6068 (a), (b), (c), (d). (f). (g), Debtor through **AR** on June 12, 2023 served by certified mail

70222410000231060253 and by email upon Mr. Nathan Frederick Jones Smith, a courtesy copy of the same letter Debtor sent to Ms. Christina J Khil thereby alerting Mr. Nathan Frederick Jones Smith to the same issue of the apparent impeachable evidence that Ms. Khil filed in support of the Form 410 Proof of Claim all of which is detailed in Debtor's First Amended Objection.

8. That Debtor only seeks the truth regarding the so-called loan of money claimed by Citibank that Debtor asserts is nonexistent and the ultra vires acts of Citibank N.A. which appears to be based upon fraud in factum, unjust enrichment and extortion among other high crimes and misdemeanors. In good faith Debtor requests of the court that Citibank's **HELOC** be put before the court for inspection in light of full disclosure laws which is Debtor's inherent right under the discovery provisions of federal law. After all said HELOC has already been filed of record by Citibank N.A.'s counsel as a matter of law. For this cause among others, the court in the interest of justice will be able to determine whether or not Citibank N.A.'s supporting documents for Citibank N.A.'s proof of claim does in fact impeach Citibank N.A.'s proof of claim.

Dated: June 15, 2023

Respectfully submitted,

By _____
Don Shannon

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re  
ORDELL ELIZABETH MOON  

    Petitioner/Debtor.

_____/

Case No. 23-10092 DM 13  
(Chapter 13)

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old and not a party to the within action.

On June **16th**, A.D. 2023 I served by U.S. Mail a true copy of *Debtor's* ***COURTESY NOTICE OF ERROR AND REQUEST CORRECTION OF INTENT/PURPOSE OF JULY 12, 2023, HEARING*** in the UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA, CALIFORNIA to:

David Burchard  
Office of U.S. Trustee  
P.O. Box 8059  
Foster City, CA 94404

Nathan Frederick Jones Smith, for  
CITIBANK N.A.  
2112 Business Center Drive, 2nd Fl,  
Irvine, California 92612

Fanny Zhang Wan, counsel for  
DEUTSCHE BANK NATIONAL TRUST  
4641 Post St # 5224  
El Dorado Hills, CA 95762-3009

Dan Joyce  
420 Lakeville St,  
Petaluma, CA 94952

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 6/16/2023      By: _____