Fanny Wan (SBN 277606)
fwan@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID &
CRANE LLP**
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: (470) 321-7112 ext. 286

Attorneys for Secured Creditor
Deutsche Bank National Trust Company, As
Indenture Trustee Under The Indenture
Relating To IMH Assets Corp., Collateralized
Asset-Backed Bonds, Series 2005-7

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Ordell Elizabeth Moon,<br><br>　　　　Debtor. | Case No.: 23-10092<br><br>Chapter 13<br><br>**AMENDED NOTICE OF HEARING ON DEBTOR'S OBJECTION TO ANY PROOF OF CLAIM FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY**<br><br>Hearing Date:　August 9, 2023<br>Hearing Time:　10:10 AM<br>Hearing Location: Via Zoom Webinar<br>Judge: Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE TRUSTEES AND ALL INTERESTED PARTIES:**

　　**PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 (the "Secured Creditor") hereby set for hearing Debtor's Objection to any Proof of claim Filed by Deutsche Bank National Trust Company or cause in the above entitled bankruptcy case. The hearing will be conducted before the Honorable Dennis Montali, United States Bankruptcy Court Judge, on **August 9, 2023** at **10:10 AM**, via Zoom Webinar.

- 1 -　　　　　　　　　　　　　　　　　CASE NO.　23-10092
**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO ANY PROOF OF CLAIM FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY**
Case: 23-10092　Doc# 65　Filed: 07/01/23　Entered: 07/01/23 14:39:14　Page 1 of 2

1     **PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.

    **PLEASE TAKE FURTHER NOTICE** that the pending Objection to any Proof of claim Filed by Deutsche Bank National Trust Company is based upon a factual dispute, in accordance with the Bankruptcy Local Rule 3007-1(b) "Where a factual dispute is involved, the initial hearing on an objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing."

    **All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

| | |
|---|---|
| Date: July 1, 2023 | Robertson, Anschutz, Schneid & Crane LLP<br>Attorney for Secured Creditor<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101<br>Telephone: (470) 321-7112 ext. 286<br>By: /s/ *Fanny Wan*<br>Fanny Wan (SBN 277606)<br>Email: fwan@raslg.com |

- 2 -      CASE NO. 23-10092
**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO ANY PROOF OF CLAIM FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY**

Case: 23-10092    Doc# 65    Filed: 07/01/23    Entered: 07/01/23 14:39:14    Page 2 of 2