DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ORDELL ELIZABETH MOON
1905 BRISTOL ST.
PETALUMA, CA 94954

Debtor(s)

Chapter 13
Case No:  23-10092 DM
Date:     August 9, 2023
Time:     10:10 AM
Ctrm:     TELEPHONE / VIDEO

# MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 02/28/2023.

4. This motion for dismissal is made for cause pursuant to:
11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee.  As of the date of this motion, Debtor(s) has not made any plan payments to the Chapter 13 Trustee.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.   You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   July 11, 2023                         DAVID BURCHARD
                                               DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| ORDELL ELIZABETH MOON<br>1905 BRISTOL ST.<br>PETALUMA, CA 94954<br><br>Debtor(s) | Case No: 23-10092 DM<br>Date: August 9, 2023<br>Time: 10:10 AM<br>Ctrm: TELEPHONE / VIDEO |

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in the Declaration. If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 02/28/2023. There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| X | Failure to make required payments to the Trustee. As of the date of this motion, Debtor(s) has not made any plan payments to the Chapter 13 Trustee. |
| ___ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 11, 2023 in Foster City, California.

Dated: July 11, 2023

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ORDELL ELIZABETH MOON
1905 BRISTOL ST.
PETALUMA, CA 94954

The following recipients have been served via Court's Notice of Electronic Filing:

Dated: July 11, 2023                    TINA MITCHELL
                                        TINA MITCHELL

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    ORDELL ELIZABETH MOON
    1905 BRISTOL ST.
    PETALUMA, CA 94954

Case No.: 23-10092 DM
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. The debtor's plan was filed after the Notice of Bankruptcy was issued and therefore was not served to all creditors with the Notice of Bankruptcy. Trustee requested the debtor file a notice regarding the plan pursuant to Bankruptcy Local Rule 3015-1(b)(1) and that a certificate of service evidencing service of the notice and plan be filed with the Court. The debtor has failed to file the requested documents.

2. The debtor's current plan is indecipherable; as such, the Trustee is unable to administer the plan. Trustee requested an amended plan that clearly indicates how creditors are to be paid. The debtor has failed to file an amended plan.

3. Section 8 of the debtor's plan fails to select a revesting provision. Trustee requested an amended plan which selects a revesting provision. The debtor has failed to file an amended plan.

4. The debtor has taken a homestead exemption of over $189,050. Trustee requested the debtor complete and file a Declaration of Debtor Regarding Homestead. The debtor has failed to file the requested declaration.

5. Schedule A/B reflects real property with the following description: 1905 Bristol St, 625000. Trustee requested a more detailed description, including the complete address of the real property. The debtor has failed to file an amended Schedule A/B.

6. Schedule A/B reflects the value of the real property located at 1905 Bristol St., as $339,189.00. The debtor has listed $625,000.00 as the value of his/her interest in the property. Trustee requested an explanation of how the value of the debtor's interest was arrived. The debtor has failed to provide the requested documentation.

7. Schedule E/F lists creditor(s) without an address (Dan Joyce); therefore, said creditor(s) have not received proper notice of the Chapter 13 proceeding. Trustee requested the debtor file an amended Schedule E/F and Creditor Matrix, and to provide verification, in the form of a filed certificate of service, that said creditor(s) have been properly noticed. The debtor has failed to amend the requested documents.

8. The debtor has incorrectly claimed exemptions in Schedule C under both C.C.P. §703.140(b) and C.C.P. §704. The debtor may utilize either the exemption scheme under C.C.P. §703.140(b) or C.C.P. §704, but not both. Trustee requested an amended Schedule C which utilizes only one exemption scheme. The debtor has failed to file an amended Schedule C as requested.

9. Trustee is in receipt of a secured proof of claim from Citibank, N.A., in the amount of $250,225.72. The debtor's plan and Schedule D fail to list this debt. Trustee requested amended documents that accurately reflect and provide for the debtor's secured claims. The debtor has failed to amend the appropriate documents for accuracy and consistency.

10. Trustee is in receipt of a secured proof of claim from Deutsche Bank in the amount of $122,213.31. The debtor's plan and Schedule D fail to list this debt. Trustee requested amended documents that accurately reflect and provide for the debtor's secured claims. The debtor has failed to amend the appropriate documents for accuracy and consistency.

11. Trustee is in receipt of an objection to confirmation of plan by creditor, Citibank, N.A,, filed on May 9, 2023. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.

12. Trustee is in receipt of an objection to confirmation of plan by creditor, Deutsche Bank, filed on May 31, 2023. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. The debtor has failed to resolve said objection.