DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ORDELL ELIZABETH MOON
1905 BRISTOL ST.
PETALUMA, CA 94954

Debtor(s)

Chapter 13
Case No: 23-10092 DM
Date: August 9, 2023
Time: 10:10 AM
Ctrm: TELEPHONE/VIDEO

## NOTICE OF MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

**NOTICE IS HEREBY GIVEN** that on the date and at the time shown above, the Chapter 13 Trustee, DAVID BURCHARD, (hereinafter referred to as "the Trustee") will move the court to dismiss this Chapter 13 Case Prior to Confirmation for causes enumerated in the motion.

The hearing will be conducted via telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

The motion is made pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014. A copy of the motion was served.

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed.

PLEASE TAKE NOTICE that any opposition shall be filed and served on the initiating party **at least 14 days prior** to the actual scheduled hearing date as indicated above. Any reply from the initiating party shall be filed and served at least 7 days prior to the actual scheduled hearing date as indicated above.

Any opposition must be accompanied by any declarations and/or memoranda of law the opposing party wishes to present in support of its position.

**If an opposition is not timely filed and served**, the Court may drop the matter from calendar, enter an order granting the relief by default, and dismissing this Chapter 13 case.

DATED: July 11, 2023

DAVID BURCHARD
DAVID BURCHARD
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive., Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Notice of Hearing on Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    ORDELL ELIZABETH MOON
    1905 BRISTOL ST.
    PETALUMA, CA 94954

The following recipients have been served via Court's Notice of Electronic Filing:

Dated:    July 11, 2023                    TINA MITCHELL
                                                            TINA MITCHELL