Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954



FILED
AUG 31 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re
ORDELL ELIZABETH MOON

Petitioner/Debtor.

Case No.23-10092 DM 13
(Chapter 13)

NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

Date:
Time:
Courtroom:

_____/

TO THE HONORABLE DENNIS MONTALI AND ALL PARTIES OF INTEREST:

COMES NOW the Movant/Debtor, Ordell Elizabeth Moon, through her Authorized Representative, Don Shannon (hereinafter "**AR**"), who relies upon **Haines v. Kerner**, 1972, 404 U.S. 519 in the above-captioned matter, **to give notice** that Debtor, pursuant to **Haines v. Kerner**, hereby serves this courtesy notice and state:

1.      NOTICE IS HEREBY GIVEN to (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant/Debtor in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2.   This motion is being heard as soon as possible under the doctrine of imperative necessity as the court can set the hearing. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's **AR** at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion or zoom hearing if available.

3. You may be able to contact the Clerk's Office or use the court's website (www.canb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response or you may prepare your response using the format required by Rule 9004 and the Court Manual.

4. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief

Dated: 8/30/2023

Don Shannon, Authorized
Representative for Movant/ Debtor