UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 11 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORDELL ELIZABETH MOON<br><br>Debtor. | USDC No. |
| ORDELL ELIZABETH MOON<br><br>Appellant,<br><br>v.<br><br>CITIBANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY<br><br>Appellees. | Bankr. No.23-10092 DM 1<br><br>Chapter 13 |

### Designation of Items to be Included in the Record on Appeal

Appellant/Debtor, Ordell Elizabeth Moon, through her Authorized Representative, Don Shannon (hereinafter "**AR**"), who relies upon ***Haines v. Kerner***, 1972, 404 U.S. 519 in the above-captioned matter, **to give notice** that Appellant/Debtor (hereinafter "Appellant"), pursuant to ***Haines v. Kerner***, and pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

1. Obj. to Proof of Claim (#1) of Citibank N.A. Doc #36 (05/10/2023)
   *[Name of document filed in bankruptcy court] [file date]*

2. Obj. to Proof of Claim Filed by Deutsche Bank Doc #38 (5/10/2023)

3. First Amended Obj. to Proof of Claim (#1) of Citibank N.A. Doc #43 (05/15/2023)

4. Notice of Debtor's Request for Instructive Relief Doc #52 (05/26/2023)

5. Notice of Affidavit of Impecuniosity Doc #56 (06/07/2023)

6. Debtor's Response to Response to First Amended Obj. to Proof of Claim of Citibank N.A. Doc #66 (7/3/2023)

7. <u>Transcription of hearing held 7/12/2023 at 10:10 AM Doc # 69</u>

8. <u>Order Denying First Amended Objection to Proof of Claim of Citibank N.A. (Docket No. 43) Doc #71 (7/19/2023)</u>

9. <u>Debtor's Opposition to Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Doc #73 (7/27/2023)</u>

10. <u>Debtor's Response to Response to Debtor's Obj. to Proof of Claim of Deutsche Bank Doc #74 (7/27/2023)</u>

11. <u>Transcription of hearing held 8/9/2023 at 10:10 AM Doc # 77</u>

Note: Many bankruptcy courts allow a party to file a copy of the docket report, with the selected items indicated with a circle or asterisk. Check with your local bankruptcy court for any applicable requirements of form.

Don Shannon
420 Lakeville St, Petaluma, CA 94952
(707) 591-3450

# Declaration of Service

I am over the age of 18 and not a party to this bankruptcy case.

My business address is:

A true and correct copy of the foregoing document entitled:

On September ___7th___, A.D. 2023 I served by U.S. Mail a true copy of *Debtor's Designation of Items to be Included in the Record on Appeal* in the UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA to

**1. Party: Citibank, N.A.**

**Attorney: Nathan Frederick Jones Smith**

Nathan Frederick Jones Smith
Malcolm - Cisneros
2112 Business Center Drive, 2nd Floor,
Irvine, California 92612
949-252-9400

**2. Party: Deutsche Bank National Trust Company**

**Attorney: Fanny Zhang Wan**

Fanny Zhang Wan,
Robertson, Anschutz, Schneid & Crane LLP
350 10th Ave., Suite 1000
Diego, CA 92101
470-321-7112

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the addresses herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 9/7/2023      By _____
Don Shannon, Authorized Representative of Appellant