Debtor 1  Ordell Elizabeth Moon

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **NORTHERN**  District of  **CALIFORNIA**
(State)

Case number  23-10092

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citibank, N.A.  **Court claim no.** (if known): 1

**Last 4 digits** of any number use to identify the debtor's account:  XXXXXX4136

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges |  | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees |  | (2) $ 0.00 |
| 3. Attorney Fees | 04/27/2023: $450.00 (Review Plan, Schedules, Docket, Monitor for Confirmation and/or Amended Plan), 05/09/2023: $550.00 (Objection to Plan) | (3) $ 1,000.00 |
| 4. Filing fees and court costs |  | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 04/04/2023: $500.00 (410); 04/04/2023: $250.00 (410a) | (5) $ 750.00 |
| 6. Appraisal/Broker's price opinion fees |  | (6) $ 0.00 |
| 7. Property inspection fees |  | (7) $ 0.00 |
| 8. Tax advances (non-escrow) |  | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) |  | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: |  | (10) $ 0.00 |
| 11. Other. Specify: |  | (11) $ 0.00 |
| 12. Other. Specify: |  | (12) $ 0.00 |
| 13. Other. Specify: |  | (13) $ 0.00 |
| 14. Other. Specify: |  | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Ordell Elizabeth Moon | | Case number (if known) 23-10092 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X */s/ Christina J. Khil*
Signature

Date August 4, 2023

Print: Christina J. Khil
First Name    Middle Name    Last Name

Title Attorney

Company: Malcolm ♦ Cisneros, A Law Corporation

Address: 2112 Business Center Drive
Number            Street

Irvine                           CA        92612
City                             State     ZIP Code

Contact phone ( 949 ) 252 - 9400

Email

# PROOF OF SERVICE

I hereby certify that on August 4, 2023, I have served a copy of the foregoing Notice and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

**DEBTOR'S ATTORNEY**
Pro Se

**CHAPTER 13 TRUSTEE**
David Burchard
P.O. Box 8059
Foster City, CA 94404

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

**Date:** August 4, 2023

*/s/ Diep Quach*
Diep Quach, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)